1024

No. 1087, Misc. MITCHELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Cleary* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1088, Misc. HILL v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1090, Misc. ROGERS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Robert Morgan,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondent.

No. 1093, Misc. HAMILTON, AKA LIPSCOMB v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 1099, Misc. BOONE ET AL. v. WYMAN, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. *Jonathan Weiss* for petitioners. *J. Lee Rankin* and *Stanley Buchsbaum* for respondents.

No. 1100, Misc. HAYNES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ernest E. Figari, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 1104, Misc. McGURRIN v. SHOVLIN, HOSPITAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1114, Misc. REYES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.